UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANNA R.,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C21-5309-MLP

ORDER

This matter comes before the Court on remand from the Ninth Circuit with instructions to vacate the Commissioner's decision in part and remand for further consideration. (Dkt. # 33.) Accordingly, the Court remands this matter to the Social Security Administration for the agency to conduct further proceedings consistent with the Ninth Circuit's decision. (*See* dkt. # 32.) Specifically, the administrative law judge ("ALJ") shall reconsider the medical opinions of Drs. Davenport and Schneider, and if the ALJ's assessment of Plaintiff's residual functional capacity changes, the ALJ shall revisit the step five finding. (*See id.* at 6.)

Dated this 19th day of July, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1